# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00487-CR

**William Berry Pierce, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT
NO. 5581, HONORABLE JAMES F. CLAWSON JR., JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On May 25, 2010, this Court ordered Lou Ann Lindeman Berry, court reporter for the 33rd District Court, San Saba County, to appear on June 23, 2010, to show cause why she should not be held in contempt for her failure to file the reporter's record in this cause as ordered. Based on Berry's representation that the record had been destroyed, the order provided that Berry would be relieved of her obligation to appear if she filed an affidavit describing in detail the status of the record, the circumstances surrounding its loss, and any efforts made to recover the record. As requested, Berry has filed an affidavit stating that all copies of the record have either been deleted or destroyed by a computer virus, that attempts have been made to recover the record from Berry's computer, and that these attempts have been unsuccessful.

This appeal is hereby abated for a determination of whether the reporter's record can be replaced by agreement of the parties. *See* Tex. R. App. P. 34.6(f)(4). The trial court is directed

to forward a record of any proceedings related to this determination, including findings of fact and conclusions of law, to this Court within 30 days of the date of this order. In the event that the reporter's record cannot be replaced, the appellant will be entitled to a new trial. *See* Tex. R. App. P. 34.6(f).

Before Justices Patterson, Puryear and Henson

Filed: July 21, 2010

Do Not Publish